NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOVERAIN SOFTWARE LLC,**
*Plaintiff-Appellee,*

v.

**NEWEGG INC.,**
*Defendant-Appellant.*

---

2011-1009

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0511, Judge Leonard Davis.

---

## ON MOTION

---

## ORDER

Soverain Software, LLC, moves for a 7-day extension of time, until December 9, 2010, to file its response to Jones Day's motion to withdraw as counsel for Soverain Software, LLC.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

**DEC 0 3 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kenneth R. Adamo, Esq.
    Kent E. Baldauf, Jr., Esq.
    Katharine A. Wolanyk, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**DEC 0 3 2010**

**JAN HORBALY
CLERK**